**Marcus L. WYRE, Sr., Petitioner,**

v.

**UNITED STATES POSTAL SERVICE,
Respondent.**

No. 04–3059.

United States Court of Appeals,
Federal Circuit.

Dec. 30, 2003.

*ORDER*

Upon consideration of Marcus L. Wyre, Sr.'s unopposed motion to voluntarily dismiss this petition for review,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

**Matthew Reed HOLMES,
Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 04–5018.

United States Court of Appeals,
Federal Circuit.

Dec. 30, 2003.

*ORDER*

Upon consideration of Matthew Reed Holmes' unopposed motion to voluntarily dismiss his appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.